UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS NUNEZ, | No. SACV 12-1243 DOC (FFM) |
| Petitioner, | JUDGMENT |
| v. | |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED January 24, 2013

*David O. Carter*

DAVID O. CARTER
United States District Judge